AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Frederick W. Bubeck

JUDGMENT IN A CIVIL CASE

v.

Ronda D. Larson

CASE NUMBER: CV-08-5020-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Because Plaintiff did not allege facts indicating that his completed sentence has been invalidated, he may not pursue damages in a § 1983 action. Defendant's Motion to Dismiss and to Stay Discovery (Ct. Rec. 11) is GRANTED (dismissal) and DENIED AS MOOT (stay). Judgment shall be entered in Defendant's favor with prejudice and this file closed.

September 11, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson